[None]

JOSEPH CAMPAU

v.

PIERRE CHOVIN

1806

JOURNAL ENTRIES

1. Leave to file bill of exceptions  .   .   .   .   .   *Journal, infra,* \*p. 19
2. Case argued; decision postponed .   .   .   .   .   .   .       "       20
3. Affirmance .   .   .   .   .   .   .   .   .   .   .   .   .       "       30

PAPERS IN S. C. FILE

1. Copy of district court record . . . . . . . . . *Printed in Vol. 2*

PAPERS IN D. C. FILE

1. Subpoena for Pierre Duchene and Gazet Tremblay . . . . . . .